UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DANTE L. MILON (#562330)**                                    CIVIL ACTION

**VERSUS**

**JAMES LEBLANC, ET AL.**                                      NO. 19-00717-BAJ-RLB

## RULING AND ORDER

Before the Court is Defendants Secretary James LeBlanc's and Warden Darrel Vannoy's **Motion to Dismiss (Doc. 10)**, seeking dismissal of Plaintiff's constitutional and statutory claims alleging excessive force and unlawful removal of Plaintiff's dreadlocks in violation of Plaintiff's religious beliefs. The Magistrate Judge has issued a **Report And Recommendation (Doc. 23)** recommending that Defendants' Motion be granted in part, and that certain of Plaintiff's claims be dismissed, but that Plaintiff's official capacity claims under the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc, *et seq.* ("RLUIPA"), be allowed to proceed. The Magistrate Judge further recommends that Plaintiff's claims against certain other Defendants be dismissed for Plaintiff's failure to effect timely service upon them. There are no objections to the Magistrate Judge's Report and Recommendation.

Having independently considered Plaintiff's Complaint, Defendants' Motion, and related filings, the Court **APPROVES** the Magistrate Judge's **Report And Recommendation (Doc. 23),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims asserted against Defendants Antonio Whitaker, Captain John Doe, and Lt. John Doe be and are hereby **DISMISSED**, without prejudice, for Plaintiff's failure to effect timely service upon them.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. 10) be and hereby is **GRANTED IN PART**. Specifically, Plaintiff's First Amendment claims asserted against Defendants LeBlanc and Vannoy, be and hereby are **DISMISSED WITH PREJUDICE**; Plaintiff's RLUIPA claims against Defendants LeBlanc and Vannoy in their individual capacities be and hereby are **DISMISSED WITH PREJUDICE**; and Plaintiff's claims for monetary damages against Defendants LeBlanc and Vannoy in their official capacities be and hereby are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in all other regards, Defendants' Motion is **DENIED**, and that this matter is referred back to the Magistrate Judge for further proceedings herein.

Baton Rouge, Louisiana, this 26th day of October, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**