UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANTE L. MILON (#562330)                           CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                              NO. 19-00717-BAJ-RLB

## RULING AND ORDER

As noted in this Court's prior orders, this action alleges constitutional and statutory claims related to Defendants' forceful removal of Plaintiff's dreadlocks in November 2018, in violation of Plaintiff's right to exercise his Rastafarian religious beliefs. On October 26, 2020, for reasons not relevant here, the Court issued an Order dismissing a subset of Plaintiff's claims and certain named Defendants, and referring this matter back to the Magistrate Judge for further consideration. (Doc. 25). After the Court's October 26 Order, Plaintiff's only remaining claims are for excessive force against Defendant Major Peter Lollis, and for declaratory and injunctive relief against Defendants Secretary James LeBlanc and Warden Darrel Vannoy.

Now before the Court is Major Lollis's **Motion For Summary Judgment (Doc. 27)**, submitted on May 27, 2021. Petitioner failed to submit any opposition to Major Lollis's Motion, and the Magistrate Judge has issued a **Report and Recommendation (Doc. 28)**, recommending that the Motion be granted and that Plaintiff's excessive force claims be dismissed with prejudice because the uncontested summary judgment evidence establishes that throughout the altercation under review, Major Lollis employed no more force than was necessary to bring Petitioner

to order and restore discipline. Thus, Major Lollis is entitled to qualified immunity. (Doc. 28 at 7). The Magistrate Judge further recommends that Plaintiff's remaining claims for declaratory and injunctive relief be dismissed as moot, because the Louisiana Department of Public Safety and Corrections ("DOC") now allows prisoners such as Plaintiff to maintain dreadlocks based on an approved religious exemption to the DOC's policy requiring short hair, and, in fact, Plaintiff was granted such an exemption in June 2019. (*Id.* at 8). Finally, the Magistrate Judge recommends that the Court decline to exercise supplemental jurisdiction over any potential state law claims, and that this action be dismissed with prejudice. (*Id.* at 9).

Despite having been provided notice of the Magistrate Judge's Report and Recommendation, Plaintiff has (again) failed to submit any opposition or objection.[1]

Having carefully considered Plaintiff's Complaint, Major Lollis's Motion and supporting summary judgment evidence, and related filings, and in the absence of any objection from Plaintiff, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

---

[1] Plaintiff's objection, if any, would ordinarily be due within 14 days of service of the Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). Here, however, by General Order No. 2021-7, the Chief Judge of this District suspended all deadlines for a period of 30 days commencing August 26, 2021, in response to the impact of Hurricane Ida. Still, despite the extension afforded by General Order No. 2021-7, Plaintiff has not filed any objection.

**IT IS ORDERED** that Major Lollis's **Motion For Summary Judgment (Doc. 27)** be and is hereby **GRANTED**, and that Plaintiff's excessive force claims against Major Lollis be and are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims for declaratory and injunctive relief against Defendants Secretary James LeBlanc and Warden Darrel Vannoy be and are hereby **DISMISSED WITH PREJUDICE** as **MOOT**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential state law claims, and that this action be and is **DISMISSED WITH PREJUDICE.**

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 14th day of October, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**